NUMBER 13-00-524-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 
RENE RAMIREZ LOREDO , Appellant,


v.


THE STATE OF TEXAS, Appellee.

 
On appeal from the 93rd District Court

of Hidalgo County, Texas.

 

OPINION ON 

MOTION FOR REHEARING


Before Chief Justice Valdez and Justices Yañez and Castillo

Opinion by Chief Justice Valdez

Appellant has filed a motion for rehearing in which he presents five points of error. We overrule appellant's motion for
rehearing. However, appellant complains that our opinion, contains the cite, Gonzales v. State, 2 S.W.3d 600, 606 (Tex.
Crim. App. 1999), whereas the court citation should have read (Tex. App.-Texarkana 1999, pet. ref'd). The court citation
was an error and should have referred to the Texarkana appellate court. We now maintain the same holding as was handed
down on August 31, 2001, which reversed the judgment and remanded the cause for new punishment, but do so with the
correction in the citation.



____________________

ROGELIO VALDEZ

Chief Justice



Publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed

this 18th day of October, 2001.